IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **BRUCE WAYNE MERRIMON,** | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:15cv335-MHT (WO) |
| **PICKENS COUNTY JAIL,** | ) ) | |
| Defendant. | ) | |

ORDER

There being no objection and after an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that the recommendation of the magistrate judge (doc. no. 3) is adopted and that this case is transferred to the United States District Court for the Northern District of Alabama. Any pending motion is left for resolution after transfer.

The clerk the court is to take appropriate steps to effect the transfer.

**This case is closed in this court.**

**DONE, this the 30th day of June, 2015.**

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**